No. 322. Ex parte Buitrago, Notario Público,—Petición de la National Surety Company para que se dé por terminada la fianza notarial No. 1033 otorgada por dicha compañía el 12 de junio de 1911 para garantir las funciones notariales del abogado Don Carlos B. Buitrago. Resuelta en diciembre 24, 1914. Se da por terminada dicha fianza a partir desde el 23 de febrero de 1915. La compañía peticionaria compareció por escrito por medio de su agente Sr. Harry F. Besosa.

---

No. 287. Ex parte Martínez, Notario Público.—Petición de la National Surety Company para que se dé por terminada la fianza notarial No. 648 otorgada por dicha compañía el 19 de octubre de 1910 para garantir las funciones notariales del abogado Don Rafael Martínez Alvarez. Resuelto en diciembre 28, 1914. Se da por terminada dicha fianza a partir del 26 de febrero de 1915. La compañía peticionaria compareció por escrito por medio de su agente Sr. Harry F. Besosa.

---

No. 136. Ex parte Rodríguez, Notario Público.—Petición de la National Surety Company para que se dé por terminada la fianza notarial No. 2504 otorgada por dicha compañía el 9 de septiembre de 1913 para garantir las funciones notariales del abogado Don José C. Rodríguez Cebollero. Resuelta en diciembre 28, 1914. Se da por terminada dicha fianza a partir del 26 de febrero de 1915. La compañía peticionaria compareció por escrito por medio de su agente Sr. Harry F. Besosa.